# EXHIBIT A

COPY

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

AUG 24 2018

BY EDEN STARICKA, DEPUTY

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***

THE GEO GROUP, INC.; GEO CALIFORNIA INC, The and DOES 1 to 25, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***

Maria Isabel Juarez, Esdras Caceres; Luz ( ), a minor by and through her Guardian At Litem, Maria Isabel Juarez

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

***¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.***

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* San Bernardino Superior Court
247 West Third Street
San Bernardino, CA 92415-0210

CASE NUMBER:
*(Número del Caso):*
CIV DS 1815867

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Andrew Zeytuntsyan, 1300 W Magnolia Blvd., Burbank, CA 91506, (323) 882-6500

DATE: *(Fecha)* AUG 24 2018 Clerk, by *(Secretario)* Eden Staricka, Deputy *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

Copy

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☑ on behalf of *(specify)*: The Geo Groups Inc.

   under: ☑ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

SUMMONS

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

COPY

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

AUG 24 2018

BY E. S.
EDEN STARICKA, DEPUTY

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***

THE GEO GROUP, INC.; GEO CALIFORNIA INC, The and DOES 1 to 25, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***

Maria Isabel Juarez, Esdras Caceres; Luz , a minor by and through her Guardian At Litem, Maria Isabel Juarez

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* San Bernardino Superior Court
247 West Third Street
San Bernardino, CA 92415-0210

CASE NUMBER:
*(Número del Caso):*
CIV DS 1815867

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Andrew Zeytuntsyan, 1300 W Magnolia Blvd., Burbank, CA 91506, (323) 882-6500

DATE: AUG 24 2018
*(Fecha)*

Clerk, by Eden Staricka, Deputy
*(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

Copy

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☑ on behalf of *(specify)*: Geo California Inc

under: ☑ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify)*:

4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

SUMMONS

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

ANDREW ZEYTUNTSYAN, SBN 246616
ARTAK OGANESIAN, SBN 289763
**LAW OFFICES OF ANDREW ZEYTUNTSYAN, PC**
1306 W Magnolia Blvd., Burbank, CA 91506
Tel: (323) 882-6500 | Fax: (800) 506-7176

Attorneys for Plaintiffs

FILED
JUN 21 2018

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF SAN BERNARDINO**

MARIA ISABEL JUAREZ;
ESDRAS CACERES;
LUZ , a minor by and through her Guardian ad Litem, MARIA ISABEL JUAREZ,

Plaintiffs,

v.

THE GEO GROUP, INC.; GEO CALIFORNIA, INC.; and DOES 1 to 25, Inclusive.

Defendants.

Case No.: CIV DS 1815867

**COMPLAINT FOR DAMAGES FOR:**

1. **Negligence/Wrongful Death**

**DEMAND FOR JURY TRIAL**

**COME NOW** Plaintiffs, MARIA ISABEL JUAREZ, ESDRAS CACERES, and LUZ , a minor by and through her Guardian ad Litem MARIA ISABEL JUAREZ (hereinafter referred to as "PLAINTIFFS"), hereby complain and allege as follows:

**PARTIES and COMMON ALLEGATIONS**

1.     This action arises out of an incident that occurred on May 31, 2017, on the premises owned by the Defendants, THE GEO GROUP, INC., GEO CALIFORNIA, INC., and DOES 1 to 25, inclusive, (hereinafter collectively referred to as "DEFENDANTS") located at 9438 Commerce Way, Adelanto, CA 92301 (hereinafter referred to as the "PREMISES") where Deceased, Vincente Caceres Maradiaga was being detained and in custody of the DEFENDANTS on the PREMISES.

2.     For all times relevant herein, Plaintiffs MARIA ISABEL JUAREZ and ESDRAS CACERES were individuals, competent adults, residing in the County of Los Angeles, State of California.  Further, at all times relevant herein, Plaintiff LUZ            , a minor by and through her Guardian ad Litem MARIA ISABEL JUAREZ, was a minor child residing in the County of Los Angeles, State of California.

3.     Plaintiff MARIA ISABEL JUAREZ is the surviving spouse of the deceased, Vincente Caceres Maradiaga, and plaintiffs ESDRAS CACERES and LUZ            , a minor, were the surviving children of the deceased Vincente Caceres Maradiaga.

4.     At all times relevant hereto, defendants, THE GEO GROUP, INC. and GEO CALIFORNIA, INC. were and/or now are a business entity doing business in the State of California.  Plaintiff further believes and thereon alleges that DEFENDNATS were in the business of detaining and operating a detention center also known as the Adelanto Detention Facility.

5.     The true names or capacities, whether individual, plural, corporate, partnership, associate, or otherwise, of defendants DOES 1 to 25, inclusive, are unknown to plaintiffs who, therefore, sue said defendants by such fictitious names.  The full extent of the facts linking said fictitiously designated defendants with the cause of actions alleged herein is unknown to plaintiffs. Plaintiffs are informed and believe, and thereon allege that each of the defendants designated herein as DOES 1 to 25, inclusive, was and is negligently, carelessly, recklessly, unskillfully, unlawfully, tortiously, wantonly, maliciously, wrongfully, and legally responsible in some manner for the events and happenings hereinafter referred to, and thereby negligently, carelessly, recklessly, unskillfully, unlawfully, tortiously, wantonly, wrongfully and legally

proximately caused injury and damages herein mentioned. PLAINTIFF will hereinafter ask leave of court to amend this complaint to show said defendants' true names and capacities after the same have been ascertained.

6. PLAINTIFFS are informed and believe and thereupon allege that DEFENDANTS and DOES 1 to 25, inclusive, and each of them, were and at all times herein mentioned are a corporation, partnership, joint venture, owner, possessor, lessor, lessee, occupier, business entity, manager, controller, maintainer, and/or operator of the PREMISES, and were organized and existing under the laws of the State of California, and at all times herein mentioned, doing business in San Bernardino County, State of California.

7. Venue is proper in this court under *California Code of Civil Procedure* section 395(a) as San Bernardino, the County where the injury to Plaintiffs occurred.

**<u>FIRST CAUSE OF ACTION</u>**

Negligence/Wrongful Death

*(By All Plaintiffs as Against All Defendants)*

8. PLAINTIFFS re-plead and repeat all of the allegations and statements contained in paragraphs 1 through 7, inclusive, of this complaint, and incorporate them herein by reference, as though fully set forth herein.

9. Plaintiff MARIA ISABEL JUAREZ sues as the surviving spouse of the decedent Vincente Caceres Maradiaga and the remaining PLAINTIFFS sue as the children of the decedent, as entitled to bring such action under <u>Code of Civil Procedure</u> Section 377.60.

10. Prior to his death on May 31, 2017, decedent Vincente Caceres Maradiaga ("Decedent") was detained at the PREMISES under the control and supervision of DEFENDANTS.

11. PLAINTIFFS are informed and believe, and thereon allege, that on or about the above-referenced date and place, DEFENDANTS, and DOES 1 to 25, inclusive, and each of them, so negligently, carelessly, recklessly, unskillfully, unlawfully, tortuously, and wrongfully supervised, cared for, treated, inspected, rendered aid, addressed complains of

sickness, created dangerous conditions, wherein the PLAINTIFF suffered injuries, damages, and ultimately resulting in his death.

12.    PLAINTIFFS are informed and believe, and thereon allege, that prior to his death, Decedent complained to DEFENDANT'S staff members on several occasions about his health condition wherein no aid was provided.   PLAINTIFFS are further informed and believe, and thereon allege, that DEFENDANTS owed a duty and failed to use reasonable care in providing care, supervision, treatment, medical attention, aid, and/or assistance thereby failing to address the Decedent's needs.

13.    As a direct and proximate result of each and all of the aforesaid acts and omissions of the DEFENDANTS, and DOES 1 to 25, inclusive, and each of them, decedent Vincent Caceres Maradiaga was pronounced dead on May 31, 2017.

14.    As a further direct and proximate result of the negligent and careless acts described above, and wrongful death of Decedent, PLAINTIFFS have sustained pecuniary and compensable loss resulting from the loss of Decedent's care, society, attention, services, affection, familial relationship, companionship, love and monetary and non-monetary support as provided in Section 377.61 of the *California Code of Civil Procedure*, all in an amount not yet determined and to be proven at the time of trial.

15.    As a direct and proximate result of the negligent and careless acts described above, PLAINTIFFS have also incurred reasonable and necessary expenses for Decedent's funeral, burial and memorial services to his damage in a presently unascertained sum. Plaintiffs request permission to insert the amount when it is finally determined.

16.    As a direct and proximate result of the negligent and careless acts described above, PLAINTIFFS have been generally damaged in a sum to be established according to proof at the time of trial, as provided in Cal. Code of Civ. Proc. §§ 425.10 and 425.11

//
//

**PRAYER**

**WHEREFORE**, PLAINTIFFS pray for judgment against DEFENDANTS and DOES 1 through 25, inclusive, and each of them, as follows:

1. For general damages according to law and proof, to the extent authorized by law;
2. For special and compensatory damages according to law and proof, to the extent authorized by law;
3. For funeral and burial expenses incurred, according to proof;
4. For prejudgment interest according to law and proof, to the extent authorized by law;
5. For costs of suit incurred herein, to the extent authorized by law;
6. For such other and further relief as the Court deems just and proper.

Dated: June 11, 2018

**LAW OFFICES OF ANDREW ZEYTUNTSYAN, PC**

**ANDREW ZEYTUNTSYAN,**
**ARTAK OGANESIAN,**
Attorneys for plaintiffs

**DEMAND FOR JURY TRIAL**

PLAINTIFFS hereby formally demand a trial by jury on all factual issues raised by the circumstances and applicable law in this case.

Dated: June 11, 2018

**LAW OFFICES OF ANDREW ZEYTUNTSYAN, PC**

**ANDREW ZEYTUNTSYAN,**
**ARTAK OGANESIAN,**
Attorneys for plaintiffs

# EXHIBIT B

# Case Report

Home Complaints/Parties Actions Minutes Pending Hearings Case Report Images

**Case Type:**

**Case Number:** Search

Print this Report

## Case CIVDS1815867 - JUAREZ, ET AL. -V- THE GEO GROUP

## Case CIVDS1815867 - Complaints/Parties

**Complaint Number:** 0001 — CMP COMPLAINT (UNLIMITED) of MARIA ISABEL JUAREZ
**Original Filing Date:** 06/21/2018
**Complaint Status:** ACTIVE

| *Party Number* | *Party Type* | *Party Name* | *Attorney* | *Party Status* |
|---|---|---|---|---|
| 1 | PLAINTIFF | MARIA ISABEL JUAREZ | Unrepresented | Fees Paid (Case Transfer) |
| 2 | PLAINTIFF | ESDRAS CACERES | LAW OFFICES OF ANDREW ZEYTUNTSYAN, P.C | Fees Paid (Case Transfer) |
| 3 | MINOR | LUZ | LAW OFFICES OF ANDREW ZEYTUNTSYAN, P.C | Fees Paid (Case Transfer) |
| 4 | DEFENDANT | THE GEO GROUP, INC. | Unrepresented | Served 09/07/2018 |
| 5 | DEFENDANT | GEO CALIFORNIA, INC. | Unrepresented | Served 09/07/2018 |

## Case CIVDS1815867 - Actions/Minutes

| *Viewed* | *Date* | *Action Text* | *Disposition* | *Image* |
|---|---|---|---|---|
| | 12/20/2018 8:30 AM DEPT. S32 | TRIAL SETTING CONFERENCE | | |
| N | 09/13/2018 | PROOF OF SERVICE OF SUMMONS AND COMP/PET ON GEO CALIFORNIA, INC.; DEFENDANT/RESPONDENT SERVED ON 09/07/18 WITH COSTS OF $87.00 FILED. | Not Applicable | |
| N | 09/13/2018 | PROOF OF SERVICE OF SUMMONS AND COMP/PET ON THE GEO GROUP, INC.; DEFENDANT/RESPONDENT SERVED ON 09/07/18 WITH COSTS OF $21.00 FILED. | Not Applicable | |
| N | 08/24/2018 | | Not Applicable | |

| | | | | |
|---|---|---|---|---|
| | | SUMMONS ISSUED ON COMPLAINT (UNLIMITED) FILED 06/21/2018 OF MARIA JUAREZ - ORIGINAL FILED IN COURT FILE. | | |
| N | 08/24/2018 | PETITION & ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM FOR MINOR LUZ IS MARIA ISABEL JUAREZ -GRANTED-. SIGNED BY WILFRED J SCHNEIDER JR.. | Not Applicable | |
| | 06/21/2018 | SUMMONS IS RETURNED BY COURT FOR THE FOLLOWING REASON(S): CANNOT BE ISSUED. MUST SUBMIT APP & ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM (CIV-010). | Not Applicable | |
| N | 06/21/2018 | NOTICE OF RETURN OF DOCUMENT(S) | Not Applicable | |
| | 06/21/2018 | PLAINTIFF MARIA ISABEL JUAREZ, ESDRAS CACERES, LUZ FIRST PAPER FEE PREVIOUSLY PAID IN FULL. | Not Applicable | |
| N | 06/21/2018 | CERTIFICATE OF ASSIGNMENT RECEIVED. | Not Applicable | |
| | 06/21/2018 | FILING FEE PAID BY MARIA ISABEL JUAREZ, ESDRAS CACERES, LUZ FOR FIRST APPEARANCE FEES | Not Applicable | |
| **Minutes**<br>Receipt: 180626-0805 $435.00 | | | | |
| N | 06/21/2018 | CIVIL CASE COVER SHEET FILED. | Not Applicable | |
| | 06/21/2018 | CASE ASSIGNED FOR ALL PURPOSES TO DEPARTMENT S32 | | |
| N | 06/21/2018 | NOTICE IMAGED | Not Applicable | |
| N | 06/21/2018 | COMPLAINT AND PARTY INFORMATION ENTERED | Not Applicable | |
| | 06/21/2018 | NO SUMMONS ISSUED | Not Applicable | |

## Case CIVDS1815867 - Pending Hearings

| *Date* | *Action Text* | *Disposition* | *Image* |
|---|---|---|---|
| 12/20/2018 8:30 AM DEPT. S32 | TRIAL SETTING CONFERENCE | | |

Print this Report

# EXHIBIT C

CORPORATE CREATIONS®
Registered Agent • Director • Incorporation

**Corporate Creations Network Inc.**
11380 Prosperity Farms Road #221E, Palm Beach Gardens, FL 33410

September 10, 2018

The GEO Group, Inc.
John Bulfin Senior VP & General Counsel
The GEO Group, Inc.
621 N.W. 53 Street, Suite 700
BOCA RATON FL 33487

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s). **ALL information should be verified by you.**

Note: Any questions regarding the substance of the matter described below, including the status or to whom or where to respond, should be directed to the person set forth in line 12 below or to the court or government agency where the matter is being heard.

**Item:** 2018-444

| | | |
|---|---|---|
| 1. | **Client Entity:** | The GEO Group, Inc. |
| 2. | **Title of Action:** | Maria Isabel Juarez; et al. vs. The GEO Group, Inc.; GEO California Inc.; et al. |
| 3. | **Document(s) Served:** | Summons<br>Application and Order for Appointment of Guardian Ad Litem - Civil<br>Civil Case Cover Sheet<br>Plaintiffs Complaint for Damages |
| 4. | **Court/Agency:** | San Bernardino County Superior Court |
| 5. | **State Served:** | California |
| 6. | **Case Number:** | CIVDS1815867 |
| 7. | **Case Type:** | Negligence/Wrongful Death |
| 8. | **Method of Service:** | Hand Delivered |
| 9. | **Date Received:** | Friday 9/7/2018 |
| 10. | **Date to Client:** | Monday 9/10/2018 |
| 11. | **# Days When Answer Due:** | 30 |
| | **Answer Due Date:** | 10/7/2018 |
| 12. | **SOP Sender:** (Name, Address and Phone Number) | Andrew Zeytuntsyan, Esq.<br>Burbank, CA<br>(323) 882-6500 |
| 13. | **Shipped to Client By:** | Regular Mail and Email with PDF Link |
| 14. | **Tracking Number:** | Not Applicable |
| 15. | **Handled By:** | 051 |
| 16. | **Notes:** | Also Attached: *Certificate of Assignment<br>Please note that the print quality of the original document is poor, as a courtesy the original is being sent to your attention by regular mail |

<u>CAUTION</u>: Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of service in their records matches the Date Received.

NOTE: <u>This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information.</u> At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process. To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective. It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

**CORPORATE CREATIONS®**
Registered Agent • Director • Incorporation

**Corporate Creations Network Inc.**
11380 Prosperity Farms Road #221E, Palm Beach Gardens, FL 33410

September 10, 2018

The GEO Group, Inc.
John Bulfin Senior VP & General Counsel
The GEO Group, Inc.
621 N.W. 53 Street, Suite 700
BOCA RATON FL 33487

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s). **ALL information should be verified by you.**

Note: Any questions regarding the substance of the matter described below, including the status or to whom or where to respond, should be directed to the person set forth in line 12 below or to the court or government agency where the matter is being heard.

**Item: 2018-445**

| | | |
|---|---|---|
| 1. | **Client Entity:**<br>***Entity served, if different:*** | The GEO Group, Inc.<br>GEO California, Inc. |
| 2. | **Title of Action:** | Maria Isabel Juarez; et al. vs. The GEO Group, Inc.; GEO California Inc.; et al. |
| 3. | **Document(s) Served:** | Summons<br>Application and Order for Appointment of Guardian Ad Litem - Civil<br>Civil Case Cover Sheet<br>Plaintiff's Complaint for Damages |
| 4. | **Court/Agency:** | San Bernardino County Superior Court |
| 5. | **State Served:** | California |
| 6. | **Case Number:** | CIVDS1815867 |
| 7. | **Case Type:** | Negligence/Wrongful Death |
| 8. | **Method of Service:** | Hand Delivered |
| 9. | **Date Received:** | Friday 9/7/2018 |
| 10. | **Date to Client:** | Monday 9/10/2018 |
| 11. | **# Days When Answer Due:**<br>**Answer Due Date:** | 30<br>10/7/2018<br>CAUTION: Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of service in their records matches the Date Received. |
| 12. | **SOP Sender:**<br>(Name, Address and Phone Number) | Andrew Zeytuntsyan, Esq.<br>Burbank, CA<br>(323) 882-6500 |
| 13. | **Shipped to Client By:** | Regular Mail and Email with PDF Link |
| 14. | **Tracking Number:** | Not Applicable |
| 15. | **Handled By:** | 051 |
| 16. | **Notes:** | Also Attached: *Certificate of Assignment<br>Please note that the print quality of the original document is poor, as a courtesy the original is being sent to your attention by regular mail |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information. At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process. To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective. It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

COPY

CIV-010

ATTORNEY (Name, State Bar number, and address):
Andrew Zeytuntsyan, Esq., SBN 246616
LAW OFFICES OF ANDREW ZEYTUNTSYAN, PC
1306 W. Magnolia Blvd.
Burbank, CA 91506
TELEPHONE NO.: 323-882-6500 FAX NO. (Optional): 800-506-7176
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiffs

FOR COURT USE ONLY

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT
AUG 24 2018
BY EDEN STARICKA, DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 247 West Third Street
MAILING ADDRESS: Same
CITY AND ZIP CODE: San Bernardino, 92415
BRANCH NAME: San Bernardino Justice Center

PLAINTIFF/PETITIONER: Maria Isabel Juarez, et al.

DEFENDANT/RESPONDENT: The Geo Group, Inc., et al.

APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM—CIVIL

[✓] EX PARTE

CASE NUMBER: CIVDS1815867

*NOTE: This form is for use in civil proceedings in which a party is a minor, an incapacitated person, or a person for whom a conservator has been appointed. A party who seeks the appointment of a guardian ad litem in a family law or juvenile proceeding should use form FL-935. A party who seeks the appointment of a guardian ad litem in a probate proceeding should use form DE-350/GC-100. An individual cannot act as a guardian ad litem unless he or she is represented by an attorney or is an attorney.*

1. Applicant (name): Luz is
   a. [ ] the parent of (name):
   b. [ ] the guardian of (name):
   c. [ ] the conservator of (name):
   d. [ ] a party to the suit.
   e. [✓] the minor to be represented (if the minor is 14 years of age or older).
   f. [ ] another interested person (specify capacity):

2. This application seeks the appointment of the following person as guardian ad litem (state name, address, and telephone number):
   Maria Isabel Juarez
   7733 Laurel Canyon Blvd., #9
   North Hollywood, CA 91605; (818) 747-1348

3. The guardian ad litem is to represent the interests of the following person (state name, address, and telephone number):
   Luz Caceres
   7733 Laurel Canyon Blvd., #9
   North Hollywood, CA 91605; (818) 747-1348

4. The person to be represented is:
   a. [✓] a minor (date of birth): 09/12/2001
   b. [ ] an incompetent person.
   c. [ ] a person for whom a conservator has been appointed.

5. The court should appoint a guardian ad litem because:
   a. [✓] the person named in item 3 has a cause or causes of action on which suit should be brought (describe):
   Wrongful death of minors father.

[ ] Continued on Attachment 5a.

CIV-010

| PLAINTIFF/PETITIONER: Maria Isabel Juarez, et al. | CASE NUMBER: |
| --- | --- |
| DEFENDANT/RESPONDENT: The Geo Group, Inc., et al. | CIVDS1815867 |

5\. b. [ ] more than 10 days have elapsed since the summons in the above-entitled matter was served on the person named in item 3, and no application for the appointment of a guardian ad litem has been made by the person identified in item 3 or any other person.

c. [ ] the person named in item 3 has no guardian or conservator of his or her estate.

d. [✓] the appointment of a guardian ad litem is necessary for the following reasons (*specify*):

Plaintiff is a minor.

[ ] Continued on Attachment 5d.

6\. The proposed guardian ad litem's relationship to the person he or she will be representing is:

a. [✓] related (*state relationship*): Mother

b. [ ] not related (*specify capacity*):

7\. The proposed guardian ad litem is fully competent and qualified to understand and protect the rights of the person he or she will represent and has no interests adverse to the interests of that person. (*If there are any issues of competency or qualification or any possible adverse interests, describe and explain why the proposed guardian should nevertheless be appointed*):

[ ] Continued on Attachment 7.

Andrew Zeytuntsyan, Esq. ▶ [signature]
(TYPE OR PRINT NAME) (SIGNATURE OF ATTORNEY)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/6/2018

Luz Caceres ▶ [signature]
(TYPE OR PRINT NAME) (SIGNATURE OF APPLICANT)

## CONSENT TO ACT AS GUARDIAN AD LITEM

I consent to the appointment as guardian ad litem under the above petition.

Date: 8/6/2018

Maria Isabel Juarez ▶ [signature]
(TYPE OR PRINT NAME) (SIGNATURE OF PROPOSED GUARDIAN AD LITEM)

## ORDER [✓] EX PARTE

THE COURT FINDS that it is reasonable and necessary to appoint a guardian ad litem for the person named in item 3 of the application, as requested.

THE COURT ORDERS that (*name*): Maria Isabel Juarez
is hereby appointed as the guardian ad litem for (*name*): Luz
for the reasons set forth in item 5 of the application.

Date: AUG 24 2018

/s/ Wilfred J. Schneider, Jr.
JUDICIAL OFFICER

[ ] SIGNATURE FOLLOWS LAST ATTACHMENT

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Andrew Zeytuntsyan, SBN 246616
LAW OFFICES OF ANDREW ZEYTUNTSYAN, PC
1306 W. Magnolia Blvd.
Burbank, CA 91506
TELEPHONE NO.: (323) 882-6500 FAX NO.: (800) 506-7176
ATTORNEY FOR (Name): Plaintiff

FOR COURT USE ONLY

FILED ... JUN 21 2018

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Bernandino
STREET ADDRESS: 247 West Third Street
MAILING ADDRESS: Same
CITY AND ZIP CODE: San Bernardino, CA 92415
BRANCH NAME: San Bernardino Justice Center

CASE NAME:
Juarez, et al v. THE GEO GROUP, INC., et al

## CIVIL CASE COVER SHEET

[✓] Unlimited (Amount demanded exceeds $25,000)
[ ] Limited (Amount demanded is $25,000 or less)

**Complex Case Designation**
[ ] Counter [ ] Joinder
Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402)

CASE NUMBER: CIV DS 1815867
JUDGE:
DEPT:

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[✓] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [✓] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. [ ] Large number of separately represented parties
b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
c. [ ] Substantial amount of documentary evidence
d. [ ] Large number of witnesses
e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. [✓] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify)*: 1
5. This case [ ] is [✓] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: June 19, 2018
Andrew Zeytuntsyan
(TYPE OR PRINT NAME) ▶ (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
- Auto (22)–Personal Injury/Property Damage/Wrongful Death
- Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
- Asbestos (04)
  - Asbestos Property Damage
  - Asbestos Personal Injury/ Wrongful Death
- Product Liability *(not asbestos or toxic/environmental)* (24)
- Medical Malpractice (45)
  - Medical Malpractice– Physicians & Surgeons
  - Other Professional Health Care Malpractice
- Other PI/PD/WD (23)
  - Premises Liability (e.g., slip and fall)
  - Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  - Intentional Infliction of Emotional Distress
  - Negligent Infliction of Emotional Distress
  - Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
- Business Tort/Unfair Business Practice (07)
- Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
- Defamation (e.g., slander, libel) (13)
- Fraud (16)
- Intellectual Property (19)
- Professional Negligence (25)
  - Legal Malpractice
  - Other Professional Malpractice *(not medical or legal)*
- Other Non-PI/PD/WD Tort (35)

**Employment**
- Wrongful Termination (36)
- Other Employment (15)

**Contract**
- Breach of Contract/Warranty (06)
  - Breach of Rental/Lease
    - Contract *(not unlawful detainer or wrongful eviction)*
  - Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  - Negligent Breach of Contract/ Warranty
  - Other Breach of Contract/Warranty
- Collections (e.g., money owed, open book accounts) (09)
  - Collection Case–Seller Plaintiff
  - Other Promissory Note/Collections Case
- Insurance Coverage *(not provisionally complex)* (18)
  - Auto Subrogation
  - Other Coverage
- Other Contract (37)
  - Contractual Fraud
  - Other Contract Dispute

**Real Property**
- Eminent Domain/Inverse Condemnation (14)
- Wrongful Eviction (33)
- Other Real Property (e.g., quiet title) (26)
  - Writ of Possession of Real Property
  - Mortgage Foreclosure
  - Quiet Title
  - Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
- Commercial (31)
- Residential (32)
- Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
- Asset Forfeiture (05)
- Petition Re: Arbitration Award (11)
- Writ of Mandate (02)
  - Writ–Administrative Mandamus
  - Writ–Mandamus on Limited Court Case Matter
  - Writ–Other Limited Court Case Review
- Other Judicial Review (39)
  - Review of Health Officer Order
  - Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
- Antitrust/Trade Regulation (03)
- Construction Defect (10)
- Claims Involving Mass Tort (40)
- Securities Litigation (28)
- Environmental/Toxic Tort (30)
- Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
- Enforcement of Judgment (20)
  - Abstract of Judgment (Out of County)
  - Confession of Judgment *(non-domestic relations)*
  - Sister State Judgment
  - Administrative Agency Award *(not unpaid taxes)*
  - Petition/Certification of Entry of Judgment on Unpaid Taxes
  - Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
- RICO (27)
- Other Complaint *(not specified above)* (42)
  - Declaratory Relief Only
  - Injunctive Relief Only *(non-harassment)*
  - Mechanics Lien
  - Other Commercial Complaint Case *(non-tort/non-complex)*
  - Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
- Partnership and Corporate Governance (21)
- Other Petition *(not specified above)* (43)
  - Civil Harassment
  - Workplace Violence
  - Elder/Dependent Adult Abuse
  - Election Contest
  - Petition for Name Change
  - Petition for Relief From Late Claim
  - Other Civil Petition

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

Maria Isabel Juarez, et al

vs.

The GEO Group, et al

CASE NO.: CIV DS 1815867

**CERTIFICATE OF ASSIGNMENT**

A civil action or proceeding presented for filing must be accompanied by this Certificate. If the ground is the residence of a party, name and residence shall be stated.

The undersigned declares that the above-entitled matter is filed for proceedings in the San Bernardino District of the Superior Court under Rule 404 of this court for the checked reason:

☒ General ☐ Collection

| | Nature of Action | Ground |
|---|---|---|
| ☐ | 1. Adoption | Petitioner resides within the district |
| ☐ | 2. Conservator | Petitioner or conservatee resides within the district. |
| ☐ | 3. Contract | Performance in the district is expressly provided for. |
| ☐ | 4. Equity | The cause of action arose within the district. |
| ☐ | 5. Eminent Domain | The property is located within the district. |
| ☐ | 6. Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 7. Guardianship | Petitioner or ward resides within the district or has property within the district. |
| ☐ | 8. Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 9. Mandate | The defendant functions wholly within the district. |
| ☐ | 10. Name Change | The petitioner resides within the district. |
| ☒ | 11. Personal Injury | The injury occurred within the district. |
| ☐ | 12. Personal Property | The property is located within the district. |
| ☐ | 13. Probate | Decedent resided or resides within the district or had property within the district. |
| ☐ | 14. Prohibition | The defendant functions wholly within the district. |
| ☐ | 15. Review | The defendant functions wholly within the district. |
| ☐ | 16. Title to Real Property | The property is located within the district. |
| ☐ | 17. Transferred Action | The lower court is located within the district. |
| ☐ | 18. Unlawful Detainer | The property is located within the district. |
| ☐ | 19. Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| ☐ | 20. Other ________ | |
| ☐ | 21. THIS FILING WOULD | NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designed district is:

| The GEO Group | | 9438 Commerce Way |
|---|---|---|
| NAME – INDICATE TITLE OR OTHER QUALIFYING FACTOR | | ADDRESS |
| Adelanto | CA | 92301 |
| CITY | STATE | ZIP CODE |

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed on June 19, 2018 at Burbank, California

Signature of Attorney/Party

CERTIFICATE OF ASSIGNMENT

SEP 0 7 2018