Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Defendant
THE GEO GROUP, INC. (Also sued herein as
GEO CALIFORNIA, INC.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ISABEL JUAREZ; ESDRAS CACERES; L.C., a minor by and through her Guardian ad Litem, MARIA ISABEL JUAREZ, <br><br> Plaintiffs, <br><br> v. <br><br> THE GEO GROUP, INC.; GEO CALIFORNIA, INC.; and DOES 1 to 25, Inclusive, <br><br> Defendants. | Case No. 5:18-cv-02124-SJO-KK <br><br> **DEFENDANT GEO GROUP'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; AND DEMAND FOR JURY TRIAL** <br><br> Judge:    Hon. S. James Otero |

Defendant THE GEO GROUP, INC. (also sued herein as GEO CALIFORNIA, INC.), hereby answers Plaintiffs' Complaint (Doc. #1) filed on June 21, 2018, and admits, denies, and avers as follows:

**FACTS AND COMMON ALLEGATIONS**

1.    In response to paragraph 1 of Plaintiffs' Complaint, Defendant admits that decedent Vicente Caceres Maradiaga was a detainee at the Adelanto Detention Facility in May 2017. Except as otherwise admitted herein, all other allegations are denied.

2.    In response to paragraphs 2 and 3 of Plaintiffs' Complaint, Defendant acknowledges that Plaintiffs Maria Juarez, Esdra Caceres, and Luz C. reside in the

1   County of Los Angeles.  Defendant lacks sufficient information to admit or deny
2   the relationship of each Plaintiff to the decedent and on that basis denies the
3   allegations for lack of information and belief.  Except as otherwise admitted herein,
4   all other allegations are denied.

5          3.       In response to paragraphs 4 and 5 of Plaintiffs' Complaint, Defendant
6   admits that The GEO Group, Inc. is a corporation doing business in the State of
7   California, and operating the Adelanto Detention Facility.  Defendant lacks
8   sufficient information to admit or deny any information regarding unidentified
9   DOEs and on that basis denies the allegations for lack of information and belief.
10  Except as otherwise admitted herein, all other allegations are denied.

11         4.       In response to paragraphs 6 and 7 of Plaintiffs' Complaint, Defendant
12  admits that The GEO Group, Inc. is a corporation operating the Adelanto Detention
13  Facility in San Bernardino County.  Defendant admits venue is proper in this Court.
14  Except as otherwise admitted herein, all other allegations are denied.

15         **FIRST CAUSE OF ACTION:  NEGLIGENCE/WRONGFUL DEATH**

16         5.       In response to paragraph 8 of Plaintiffs' Complaint, Defendant re-
17  pleads and re-alleges the information above in response to paragraphs 1 through 7,
18  and incorporates them herein by reference.

19         6.       In response to paragraph 9 of Plaintiffs' Complaint, Defendant admits
20  that Plaintiffs sue as the surviving family of decedent.  Defendant lacks sufficient
21  information to admit or deny whether Plaintiffs qualify for standing under the Civil
22  Procedure Code section 377.60, and on that basis denies the allegations for lack of
23  information and belief.  Except as otherwise admitted herein, all other allegations
24  are denied.

25         7.       In response to paragraphs 10 and 11 of Plaintiffs' Complaint,
26  Defendant admits that decedent was detained at Adelanto Detention Facility prior to
27  his death on May 31, 2017.  Defendant denies that it was reckless or negligent to
28  decedent's medical care, and denies it created any dangerous conditions that caused

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4833-9829-4392 v1                    - 2 -                    5:18-CV-02124-SJO-KK
                                                                 GEO'S ANSWER TO COMPLAINT

1   decedent injuries.  Defendant denies any other allegations herein.

2        8.      In response to paragraphs 12 to 16 of Plaintiffs' Complaint, Defendant

3   admits that decedent complained about health issues. Defendant denies that

4   decedent was not provided adequate medical care and denies it breached any duty

5   to decedent.  Defendant denies that decedent died as a result of its actions or

6   inactions, and denies Plaintiffs have suffered financial or other loss as the

7   proximate result of any of their actions or inactions.  Defendant denies any other

8   allegations herein.

9                                **PRAYER**

10        9.      In response to Plaintiffs' prayer for relief, Defendant admits that

11  Plaintiffs seek general, special, and compensatory damages, interest and costs of

12  suit.  Defendant denies that Plaintiffs are entitled to any damages as a result of its

13  actions or inactions.  Defendant denies any other allegations herein.

14                         **AFFIRMATIVE DEFENSES**

15        AS SEPARATE AND AFFIRMATIVE DEFENSES, Defendant alleges as

16  follows:

17                     **FIRST AFFIRMATIVE DEFENSE**

18        1.      The Complaint fails to state a claim upon which relief can be granted.

19  The Complaint also fails to state a claim for relief against Defendant GEO Group.

20                   **SECOND AFFIRMATIVE DEFENSE**

21        2.      Defendant denies that Plaintiffs have been deprived of any rights,

22  privileges, or immunities guaranteed by the laws of the United States or by the laws

23  of the State of California.

24                    **THIRD AFFIRMATIVE DEFENSE**

25        3.      At all relevant times, Defendant acted within the scope of discretion,

26  with due care, and good faith fulfillment of responsibilities pursuant to applicable

27  statutes, rules and regulations, within the bounds of reason under the circumstances,

28  and with the good faith belief that its actions comported with all applicable laws.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4833-9829-4392 v1                          - 3 -                        5:18-CV-02124-SJO-KK
                                                                     GEO'S ANSWER TO COMPLAINT

Defendant therefore assert its qualified immunity from liability.

**FOURTH AFFIRMATIVE DEFENSE**

4.      Plaintiffs have suffered no actual injury due to Defendant's conduct.

**FIFTH AFFIRMATIVE DEFENSE**

5.      The decedent's own conduct estops Plaintiffs from claiming the damages alleged in the Complaint.

**SIXTH AFFIRMATIVE DEFENSE**

6.      At all relevant times, each Defendant acted independently and not in association or concert with or as agent or servant of any other Defendant, including any sued herein under fictitious names, or of the employees or agents of other DOE Defendants.

**SEVENTH AFFIRMATIVE DEFENSE**

7.      Should Plaintiffs recover damages against Defendant, Defendant is entitled to have the amount abated, apportioned or reduced to the extent that any other party's negligence caused or contributed to damages (including Plaintiffs and the decedent), if any there were.

**EIGHTH AFFIRMATIVE DEFENSE**

8.      The injuries and damages alleged by Plaintiffs and/or the decedent, if any, were proximately caused by the negligence, conduct, and liability of other persons or entities, and Defendant requests that an allocation of such negligence, conduct, and liability be made among such other persons or entities, and that, if any liability is found on the part of Defendant, judgment against Defendant be only in an amount which is proportionate to the extent and percentage by which Defendant's acts or omissions contributed to Plaintiffs' and/or the decedent's injuries or damages, if at all.

**NINTH AFFIRMATIVE DEFENSE**

9.      That at the time and place of the alleged incident and for some time before then, the risks and dangers of the incident (assuming said risks and dangers

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4833-9829-4392 v1                - 4 -                5:18-CV-02124-SJO-KK
GEO'S ANSWER TO COMPLAINT

existed) were fully known to and appreciated by the decedent, and the decedent thereby voluntarily assumed any and all risks and dangers, including the risk and danger of the alleged incident complained of in Plaintiffs' Complaint.

### TENTH AFFIRMATIVE DEFENSE

10.    The negligence of a third-party or parties was a superceding, intervening cause of Plaintiffs' and/or the decedent's injuries.

### ELEVENTH AFFIRMATIVE DEFENSE

11.    That any injury or damages suffered by Plaintiffs and/or the decedent was caused solely by reason of the decedent's wrongful acts and conduct, and not by reason of any unlawful acts or omissions of Defendant.

### TWELFTH AFFIRMATIVE DEFENSE

12.    Plaintiffs' claims are barred by the doctrine of unclean hands.

### THIRTEENTH AFFIRMATIVE DEFENSE

13.    Plaintiffs have failed to join necessary and/or indispensable parties.

### FOURTEENTH AFFIRMATIVE DEFENSE

14.    One or more Plaintiffs lack standing to pursue their causes of action because s/he are not the proper heir(s) of the decedent.

### FIFTEENTH AFFIRMATIVE DEFENSE

15.    Because the Complaint is couched in conclusory terms, Defendant cannot fully anticipate all affirmative defenses that may be applicable to this action. Accordingly, the right to assert additional affirmative defenses, if and to the extent that such affirmative defenses are applicable, is hereby reserved.

### DEMAND FOR A JURY TRIAL

Defendant hereby demands a trial before a jury on all issues presented by Plaintiffs' Complaint triable to a jury.

WHEREFORE, Defendant prays that:

1.    Judgment be rendered in favor of Defendant and against Plaintiffs;

1           2.       Plaintiffs take nothing by their Complaint;

2           3.       Defendant be awarded costs of suit incurred herein; and

3           4.       Defendant be awarded such other and further relief as the Court

4    may deem necessary and proper.

5

6    Dated: October 11, 2018           BURKE, WILLIAMS & SORENSEN, LLP

7

8                          By: */s/ Susan E. Coleman*

9                              Susan E. Coleman

10                         Attorneys for Defendant
                           THE GEO GROUP, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4833-9829-4392 v1         - 6 -         5:18-CV-02124-SJO-KK
GEO'S ANSWER TO COMPLAINT